USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

JONELL DANFORTH,

                Defendant.

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been notified of Defendant Jonnell Danforth's waiver of his right to appear at a substitution of counsel proceeding, the parties' consent to conducting the proceeding telephonically, and the parties' belief that a telephonic proceeding would be consistent with the U.S. Constitution and Fed. R. Crim. P. 43(b), ECF Nos. 64, 71, it is hereby ORDERED that current counsel for Jonell Danforth, Daniel A. McGuinness, and proposed counsel, Salvatore Compoccia, shall appear telephonically for a substitution of counsel hearing on **March 31, 2020**, at **2:20 p.m.** The Government need not appear.

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: March 27, 2020
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge