| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　-against-<br><br>JONELL DANFORTH,<br>　　　　　　　　　　　　　　Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: \_5/8/2020\_\_\_\_\_ |

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court having been notified of the parties' consent to an appearance by telephone and the waiver of Defendant Danforth's appearance, *see* ECF Nos. 110, 113, 120, it is hereby ORDERED that a bail review hearing shall be held telephonically on **May 12, 2020**, at **11:00 a.m.**

　　The parties are directed to call 888-398-2342 or 215-861-0674, and enter access code 5598827.

　　SO ORDERED.

Dated: May 8, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　United States District Judge