UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2020_____

UNITED STATES OF AMERICA,

-against-

JONELL DANFORTH,

                                    Defendant.

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been notified of Defendant Jonell Danforth's waiver of his right to appear at a substitution of counsel proceeding, the parties' consent to conducting the proceeding telephonically, and the parties' belief that a telephonic proceeding would be consistent with the U.S. Constitution, the Federal Rules of Criminal Procedure, and any other relevant law.  ECF No. 147.

      Accordingly, Defense counsel Salvatore Compoccia and Todd Spodek shall appear for a telephonic substitution of counsel proceeding on **November 16, 2020**, at **11:00 a.m.**  The Government need not attend.  Counsel may access the proceeding by calling 888-398-2342 or 215-861-0674, and enter access code 5598827.  Co-counsel, members of the press, and the public may access the audio feed of the conference using the same information.

      SO ORDERED.

Dated: November 12, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge