

U.S. Department

United States
Southern D

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/23/2021
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 22, 2021

**BY CM/ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jonell Danforth*, 20 Cr. 78 (AT)

Dear Judge Torres:

    The Government and defendant Jonell Danforth have reached an agreement on a pretrial disposition. The parties have conferred and respectfully request that the Court conduct an in-person change of plea proceeding on July 29, 2021, a date which the parties understand is convenient for the Court.

                    Respectfully Submitted,

                    AUDREY STRAUSS
                    United States Attorney

        By:    /s/ Justin V. Rodriguez
                Andrew K. Chan / Justin V. Rodriguez
                Emily A. Johnson
                Assistant United States Attorneys
                Southern District of New York
                (212) 637-1072 / 2591 / 2409

Cc: Counsel of record (by CM/ECF)

GRANTED. The parties shall appear for an in-person change of plea proceeding on **July 29, 2021**, at **10:00 a.m.** Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference, whether in listen-only mode or otherwise, are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: July 23, 2021
       New York, New York

                                ANALISA TORRES
                              United States District Judge