UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JONELL DANFORTH,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2021_

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled in this matter for January 4, 2022, at 1:00 p.m., is RESCHEDULED to **January 4, 2022**, at **12:00 p.m**., and shall proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that felony sentencings cannot in all instances be conducted in person without seriously jeopardizing public health and safety and permitting such proceedings to proceed via videoconferencing). Chambers shall provide the parties with instructions on accessing the conference.

      To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(888) 398-2342**, and using access code **5598827.**

      SO ORDERED.

Dated: December 28, 2021
       New York, New York

                                     ANALISA TORRES
                                United States District Judge