UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JONELL DANFORTH,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2022_____

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled in this matter for January 4, 2022, is ADJOURNED to **January 6, 2022**, at **10:30 a.m.**, and shall proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that felony sentencings cannot in all instances be conducted in person without seriously jeopardizing public health and safety and permitting such proceedings to proceed via videoconferencing). Chambers shall provide the parties with instructions on accessing the conference.

      To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(888) 398-2342**, and using access code **5598827.**

      SO ORDERED.

Dated: January 5, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge