```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Jonell Danforth,
                  Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-cr-00078-AT

_____-CR-_____(___)(___)

Defendant __Jonell Danforth_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

_X_     Misdemeanor Plea/Trial/Sentence

Todd Spodek o/b/o Jonell Danforth
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonell Danforth
_____
Print Defendant's Name

*Todd Spodek*
ID Gr9LuJNXzptdsHc1APVMdCdK
_____
Defense Counsel's Signature

Todd Spodek
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

January 7, 2022
_____
Date

_____
ANALISA TORRES
United States District Judge