UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JONELL DANFORTH,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2024

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference currently scheduled for October 31, 2024, at 4:00 p.m. is ADJOURNED to **October 31, 2024**, at **4:45 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

ANALISA TORRES
United States District Judge