UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JONELL DANFORTH,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2024

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The conference currently scheduled for December 16, 2024, is ADJOURNED to **December 19, 2024**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: November 6, 2024
       New York, New York

ANALISA TORRES
United States District Judge