```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JONELL DANFORTH,

                  Defendant.

20 Cr. 78-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference currently scheduled for December 19, 2024, is ADJOURNED to **January 13, 2025**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: November 8, 2024
       New York, New York

ANALISA TORRES
United States District Judge